1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

RODNEY H. S. KIM,

Petitioner,

12

v.

13

UNITED STATES OF AMERICA,

14

Respondent.

Case No. C09-5365FDB

ORDER TRANSFERRING SECOND
OR SUCCESSIVE PETITION TO
THE NINTH CIRCUIT COURT OF
APPEALS

15

16

17

18

19

20

21

Petitioner contends that the money laundering counts in his case proscribed no crimes, that

the convictions under those counts and the sentence imposed are illegal and void, and that his right

to effective assistance of counsel was violated.  Petitioner cites primarily *United States v. Santos*,

533 U.S. ____, 170 L.Ed.2d 912 (2008).  Petitioner contends that he has been serving a sentence on

a conviction of charged conduct that was not criminal, and therefore requests that this Court

summarily reverse its conviction and punishment on the money-laundering counts and forthwith

order petitioner's release.

22

23

Petitioner has filed numerous petitions before this court including previous claims pursuant to

28 U.S.C. §§ 2241 and 2255.    Ninth Circuit Rule 22-3 (a) states:

24

25

(a)     **Application**.  Any petitioner seeking leave to file a second or successive 2254
petition or 2255 motion in district court must seek leave under 28 U.S.C. §§

26

ORDER - 1

2244 or 2255.  An original and five copies of the application must be filed
with the Clerk of the Court of Appeals.  No filing fee is required.  If a second
or successive petition or motion, or application for leave to file such a petition
or motion, is mistakenly submitted to the district court, **the district court
shall refer it to the court of appeals.**

(Emphasis added).  Because Petitioner is challenging the money laundering conviction itself, his

petition is properly characterized as one pursuant to section 2255.  His petition is successive.

ACCORDINGLY, IT IS ORDERED: The Petition [Dkt. # 1] is TRANSFERRED to the

Ninth Circuit as a second or successive petition.


DATED this 29th day of June, 2009.


FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2