# United States District Court

WESTERN DISTRICT OF WASHINGTON

RODNEY H.S. KIM

        v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5365FDB

\_\_    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

<u>XX</u>    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

The Petition [Dkt. #1] is TRANSFERRED to the Ninth Circuit as a second or successive petition.


<u>  June 29, 2009  </u>                         <u>   BRUCE RIFKIN   </u>
Date                                                    Clerk

                                                   <u>  *s/CM Gonzalez*  </u>
                                                   Deputy Clerk